# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0409.  EDDIE WAYNE GENTRY v. THE STATE.**

On February 6, 2017, Eddie Wayne Gentry was convicted of obstruction of officers.  On March 8, 2017, he filed this pro se application for discretionary appeal seeking to challenge his conviction.[1]

It appears, however, that no provision of OCGA § 5-6-35 (a) applies here and that the order Gentry wishes to appeal is directly appealable.  Pursuant to OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  In accordance therewith, Gentry's application is hereby GRANTED. Gentry shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a timely notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/04/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Gentry filed his application in the Georgia Supreme Court, and that Court transferred the application to this Court.